# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DANIEL HERRERA                                                  PLAINTIFF

V.                  CASE NO. 3:18-CV-28-BD

SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of December, 2018.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE