# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DANIEL HERRERA**                                                                                       **PLAINTIFF**

**V.**                                       **CASE NO. 3:18-CV-28-BD**

**SOCIAL SECURITY ADMINISTRATION**                                                   **DEFENDANT**

## ORDER

Plaintiff Daniel Herrera has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #19) He seeks fees and expenses in the amount of $3,361.57. (*Id*.) The Commissioner does contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. The Commissioner, however, calculated that total as $3,341.50 rather than $3,361.57, apparently failing to include the $20.07 in expenses in her calculations. (#21)

Because there is no objection to granting attorney's fees and expenses, Mr. Herrera's motion (#19) is GRANTED, and the Commissioner is directed to pay the total sum of $3,361.57 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 20th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE